UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROEL CONTRERAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-06-374 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DENY PETITIONER'S MOTION TO ALTER OR AMEND JUDGMENT

On July 19, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's motion to alter or amend judgment pursuant to Rule 59(e) of the Federal Rules of Criminal Procedure (D.E. 31) be denied. On August 16, 2007, petitioner filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, see *Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that petitioner's motion to alter or amend judgment pursuant to Rule 59(e) of the Federal Rules of Criminal Procedure is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 27th day of August, 2007.

_____
Janis Graham Jack
United States District Judge