IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROEL CONTRERAS<br>    TDCJ #1033124<br><br>VS.<br><br>NATHANIEL QUARTERMAN | §<br>§<br>§   C.A. NO. C-06-374<br>§<br>§<br>§ |

## ORDER GRANTING PETITIONER'S
## MOTION TO PROCEED *IN FORMA PAUPERIS*

By order and final judgment entered June 21, 2007, the Court granted Respondent's motion for summary judgment and dismissed Petitioner's § 2254 petition as time barred and for failure to state a cognizable claim for federal habeas relief, and denied a certificate of appealability. (D.E. 229, 30). On July 5, 2007, Petitioner filed a notice of appeal. (D.E. 34). Petitioner now seeks leave to proceed *in forma pauperis* on appeal. (D.E. 44).

Petitioner's application indicates that he currently has $8.44 in his inmate trust fund account. (D.E. 44 at 1). His deposit average for the past six month is $96.72. Id. He is incarcerated and has no income. Id. His only source of money is from family and friends. Id.

The filing fee for an appeal is $455.00. The Court finds that Petitioner is indigent and is not able to pay the filing fee.

Accordingly, Petitioner's application to proceed *in forma pauperis* on appeal (D.E. 44), is GRANTED.

ORDERED this 13th day of September, 2007.

_____
Janis Graham Jack
United States District Judge